IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES L. WAYNE,<br><br>           Plaintiff,<br><br>vs.<br><br>WELLPATH, Medical Provider; SMART COMMUNICATIONS, Inmate Tablet Provider; DOUGLAS COUNTY CORRECTIONS DEPT, Jail/Medical Dept.; and CITY OF OMAHA, Department of Commerce;<br><br>           Defendants. | **8:24CV373**<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the Court on its own motion. On September 24, 2024, Plaintiff filed a Complaint, Filing No. 1, while he was incarcerated in the Douglas County Department of Corrections ("DCDC") in Omaha, Nebraska. According to the DCDC's online inmate records, Plaintiff is no longer confined at the institution. *See* https://corrections.dccorr.com/inmate-locator (last visited Aug. 18, 2025). Rather, it appears Plaintiff is now in the custody of the Nebraska Department of Correctional Services. See https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp?new=true (last visited Aug. 18, 2025). Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this order to Plaintiff at the address the Court has on file and to the following address: James L. Wayne, #220769, Reception and Treatment Center, P.O. Box 22800, Lincoln, NE 68542-2800.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 17, 2025**: check for address.

Dated this 18th day of August, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge