IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAMES L. WAYNE,

Plaintiff,

vs.

WINTERS, Dr., Attending Physician et al, in his individual capacity;

Defendant.

8:24CV373

MEMORANDUM AND ORDER

This matter is before the Court on case management. The Federal Rules of Civil Procedure require that a defendant serve an answer to a complaint "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).

The Clerk of the Court issued a summons to Defendant "Dr. Winters" on March 9, 2026. Filing No. 20. On March 17, 2026, copies of the process receipts and returns were filed by the Marshals Service showing that the summons were delivered on March 11, 2026. Filing No. 21. Although served, Dr. Winters has not filed an answer or any other responsive pleading. Accordingly, in order to progress this matter,

IT IS ORDERED:

1.     Plaintiff shall have until **May 29, 2026**, to file a motion for default judgment against Defendant Dr. Winter. Such motion shall fully comply with Federal Rule of Civil Procedure 55 and Nebraska Civil Rule 55.1.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **May 29, 2026**: deadline for filing motion for default judgment against Defendant Dr. Winter.

3. The Clerk of the Court is further directed to mail a copy of this Memorandum and Order to the Douglas County Attorney's Office, Civil Division, 1717 Harney Street, Suite 600, Omaha, NE 68183.

Dated this 27th day of April, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge