In The United States District Court
For The District Of Nebraska

James L. Wayne
    plaintiff

v.

Dr. Winters, Attending
Physician et al, in his
individual capacity
    defendant

8:24-CV-373-JMG

Motion To Enforce
Contempt Of Court
Ex Parte

2026 JUL 17 AM 11:10
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

    Comes now the Plaintiff, James L. Wayne; on this foregoing matter and deposes and state:

    On March 9, 2026 this Honorable Court issued an Order by and through Senior United States District Judge, John M. Gerrard, to the Clerk of this same Court to do the following:

    a) For summons of process on Dr. Winters in his individual capacity at Defendants last known address available to Plaintiff, this being Douglas County Dept. of Corrections



RECEIVED
JUL 17 2026
CLERK U.S. DISTRICT COURT

(1)

110 S. 17th Street, Omaha, NE. 68102 this via USM-285 form.

b) On 3-17-26 DUSM Shanda Begner delivered and obtained signature for both summons and complaint (amended) by DCDC Official K. Kouzelle FedEx tracking number #889468432526, for the Defendant. This being done in accordance with Fed. R. Civ. P. 4 (e); Neb. Rev. Stat. § 25-508.01 and 25-505.01(1), Fed. R. Civ. P. 4 (m), with a pro se case management date deadline for completion of process for June 8, 2026.

c) On April 27, 2026 this Honorable Court by and through this Honorable Judge found that this Defendant had Defaulted on this Courts' Order and State and Federal Rules of Civil Procedure

d) On the 6th and 27th of May 2026, Plaintiff submitted to the Clerk of this Honorable Court a Motion For Default Judgment against the Defendant Dr. Winters

(2)

## Brief In Support
## Of Motion

### I

Plaintiff has been and is still currently suffering the physical pain, damage to my body, and torture of mind and spirit from Defendant Dr. Winters wanton, intentional neglect and indifference that has resulted in this nosocomial antibiotical resistant bacterium Klebsiella pneumoniae also Known as Friedländer pneumoniae, which has a high mortality rate.

### II

Defendant, Dr. Winters continues to harm and deny Plaintiff's right to legal resolution by having his day in court, being required to answer, and gaining relief for injuries and damages as set forth in Plaintiffs Complaint.

### III

Defendant Dr. Winters blatant disrespect for the Laws, Rules Of This Honorable Court, its Order and Mandate, Fed. R. Civ. P. alone are grounds for being held in Contempt with all due respect.

(3)

## Arguement

Plaintiff avers that even if Defendant stands upon and is acting within instructions or advise of the PLRA; Rule 55, Fed. R. Civ. P. "does not specifically mention deny entry, or granting of default judgment. However, default judgment do continue to be granted in prison cases. Default judgments are part of the usual litigation practice, Miller v. Donald 541 F. 3rd 1091, 1099 (11 Cir. 2008).

Furthermore, in Jones v. Bock, 549 U.S. 199, 212-213, 221-224, 127 S. CT. 910 (2007) Supreme Court Decision in which the Courts said; "that the lower courts should not interpret the PLRA's exhaustion requirement to depart from the usual practice under the Fed. R. Civ. P. or accepted litigation practice, except to the extent that the PLRA actually says to do so."

In Essex County Jail Inmates v. Treffinger, 18 Fed. Supp. 2d 445, 462 D.N.J. (1998) court held that "PLRA has no effect on contempt powers of the court."

(4)

Plaintiff asserts that Congress could not really have meant to eliminate such an essential procedure from prisoner litigation, thereby granting the PLRA impunity to ignore mandates of State and Federal Courts, Rules Of Civil Procedures, and Orders. This would fully violate the United States Constitution, and reverse authorities making and rendering the United States Constitution and Courts utterly subserviant to the PLRA

## Conclusion

For these facts and reasonings, Plaintiff moves and implores this Honorable Court for tender of a Motion Of Contempt and Enforcement against Defendant Dr. Winters at the aforementioned address seeking address forward information to this Court.

Further Plaintiff sayeth not.

(5)

## Certificate

Plaintiff James L. Wayne do swear under the penalty of Purgery that the foregoing is true and accurate to the best of my Knowledge

James L. Wayne
plaintiff

## Notary

Sworn to, and subscribed before me this 8ᵗʰ day of July 2026



GENERAL NOTARY - State of Nebraska
KONDA G. YOUNG
My Comm. Exp. November 13, 2026

Konda G. Young
Notary Signature

(6)



Omaha Correctional Center
Individual's name: JAMES L. WADE
Individual's #: 220769
PO BOX 11099 - Omaha NE 68111
Notice: This correspondence was mailed from
an institution operated by the Nebraska
Department of Corrections.
It's contents are uncensored.

Legal Mail
Do Not Open

United States District Court
Office of the Clerk
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102-1322

RECEIVED
JUL 17 2026
CLERK
U.S. DISTRICT COURT

8:24-CV-373-JMG-PRSE